Ross A. **FIORANI**, Jr., Plaintiff–Appellant,

and

Navy Federal Credit; American Express Bank; Merrifield, VIRGINIA; Barclays Bank; TD Bank; West Publishing; Allstate Insurance Company; Virginia Tax Department; Fairfax County Tax Authority; Capital One, (401K/Roth), Plaintiffs,

v.

Commonwealth of Virginia, et al; Commissioners of the Treasury; DMV; MVDB; Vita's Agents; Mr. Canary; Ms. Brown; Ms. Wood–Henry; Ms. Estes; Samuel A. Nixon, Jr., et al, Defendants–Appellees.

No. 14–1335.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Ross A. Fiorani, Jr., Appellant Pro Se.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross A. Fiorani, Jr., appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e) (2012).

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fiorani v. Commonwealth of Va.*, No. 3:14–cv–00216–JRS, 2014 WL 1315974 (E.D.Va. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*